**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MALIBU MEDIA LLC,**

    **Plaintiff,**

v.                                                                           **Case No.  8:14-cv-2340-T-30TBM**

**JOHN DOE subscriber assigned to IP**
**Address 72.91.144.148,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant John Doe's Unopposed Motion for Protective Order to Proceed Anonymously (Dkt. 8).  This case concerns the alleged illegal downloading and distributing of pornographic movies through the BitTorrent protocol.  Based on the highly sensitive nature of the subject matter of this action, the Court finds Defendant has a substantial privacy right that outweighs the general presumption in favor of openness in judicial proceedings.  Thus, the Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion for protective order and to proceed anonymously should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant John Doe's Unopposed Motion for Protective Order to Proceed Anonymously (Dkt. 8) is GRANTED.

2. Defendant shall not be named in this lawsuit by name, but shall proceed herein anonymously as "John Doe."

3. Plaintiff will maintain confidential and not disclose publicly or in this Court (except if under seal) the true identity and contact information of John Doe or his immediate family.

4. After he is served with process, Defendant shall submit his name to the Court under seal, so that the Court may conduct its conflict analysis.

**DONE** and **ORDERED** in Tampa, Florida on January 14, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2014\14-cv-2340.grantprotectiveorder-anonymous.wpd